■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHIE MORALES, Appellant. [664 NYS2d 546] —Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered May 26, 1994, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's contention that his plea allocation was defective

is unpreserved (*People v Toxey*, 86 NY2d 725; *People v Lopez*, 71 NY2d 662) and without merit because his statements at the time of his voluntary plea did not cast significant doubt on his guilt. Concur—Sullivan, J. P., Milonas, Tom, Mazzarelli and Andrias, JJ.